## 1122          158 NEW YORK SUPPLEMENT

Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Morgan L. MARTIN, appellant and respondent, v. John T. PALMER and Mary L. PALMER, etc., respondents and appellants, impleaded with others. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, without costs to either party in this court. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of Robert J. MAYER and Jacob Stein, Attorneys. (Supreme Court, Appellate Division, Second Department. May .5, 1916.) Inasmuch as the respondents have recognized the propriety of the payment of the moneys, and no moral turpitude is involved, the proceeding is dismissed.

Morton H. MEINHARD, Respt., v. Aida HEIDELBERG, Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Louis MEISEL v. Minassi I. SCHWARZSTEIN et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal granted, without costs. Order filed.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 3.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

Max MEYER, respondent, v. UNITED DRESSED BEEF COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order affirmed, with-

out costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

William MEYLE, respondent, v. Heinrich UFFMANN, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment of the County Court of Nassau County, and the final order of the Justice's Court, are reversed, and the proceedings dismissed, with costs, upon one ground, that the return does not show that the petition was served with the precept, and there is no evidence that such was the case to enable the return to be amended. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Carr, J., not voting.

Henrietta MICHAELIS v. DRY DOCK SAVINGS INST. et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal denied on condition stated in order. Order filed.

MIDTOWN CONTRACTING CO., Respt., v. Louis GOLDSTICKER and ano., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Alfred MIESTO v. COMMERCIAL UNION ASSURANCE COMPANY. (Supreme Court, Appellate Division, First Department. July, 1915.) Motion denied, with $10 costs. Memorandum per curiam.

Mary MILLER, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Although the defendant has appealed merely from the judgment, without any motion for a new trial, this court, since the 1914 amendment of Code of Civil Procedure, § 1346, has power to review the facts. (Middleton v. Whitridge, 213 N. Y. 499, 108 N. E. 192.) The basis of the complaint is that defendant's Halsey Street car stopped in the block before reaching the corner of Lewis avenue, and then started ahead before plaintiff had alighted. The testimony of plaintiff and her daughter is clearly overborne by the disinterested testimony of three passengers on the car, and a letter carrier standing on the street corner, all in agreement that plaintiff tried to get off while the car was coming to a stop, and that the car had not stopped before it came to the near side of the crossing. The judgment of the County Court of Queens County is therefore reversed on the facts, and a new trial is ordered, costs to abide the event. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Charles H. MILLS, respondent, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court. Appellate Division, Second Department. May 5, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Bernard MIRKIN, respondent, v. EDELMAN & LEVINE, Incorporated, appellant. (Supreme

Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

George MITCHELL, respondent, v. Gabriel SALANT, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, upon the sole ground of the erroneous proceeding by plaintiff's trial counsel in asking a prospective juror a question based upon the stated contingency "if it should transpire that an insurance company was interested in the case." Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

M. M. HART, Inc., Applt., v. Nana E. PFIZER, impld., Respt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

John MONAHAN, respondent, v. JOHN H. SHIPWAY & BRO. and William A. Maroney, etc., appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment and orders unanimously affirmed, with costs. No opinion.

John MONAHAN, respondent, v. JOHN H. SHIPWAY & BRO., and William A. Maroney, etc., appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

MONROE BREWING CO., respt., v. John F. BARTELS, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment affirmed with costs. All concur, except Foote and Merrell, JJ., who dissent upon the ground that the resolution electing defendant as president "for the ensuing year" and fixing his salary, is ambiguous as to the term of such employment, and its meaning as intended by the parties should have been submitted to the jury as a question of fact.

Mary E. MONTAGUE v. MANHATTAN NAVIGATION COMPANY. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion denied.

Elenor L. MORGAN and Frank S. Waller, appellants, v. Elmer E. SANBORN. as executor, etc., respondent; Emma L. Waller, et al., appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment affirmed, without costs, upon the sole ground that the agreement between husband and wife, evidenced by the preamble of her will of February 27, 1911, did not require her, as the survivor, to give to the next of kin of the husband any substantial amount, and equity will not interfere to enforce such a nominal right on the part of his next of kin. The thirteenth and fourteenth findings of fact are reversed as against the greater weight of evidence, and also the second conclusion of law based on said findings; and this court affirmatively finds the fact that the agreement stated in such preamble was in effect made between husband and wife, but that it conferred upon the next of kin of the husband no substantial right. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

James P. J. MORRIS v. Henry G. HAY. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion denied with $10 costs. Order filed.

Mortimer S. MORRIS and ano., Respts., v. Morris ALSTEDTER, Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed. See, also, 93 Misc. Rep. 329, 156 N. Y. Supp. 1103.

Grazia MOSCATO, as administratrix, etc., of Calogero Moscato, deceased, respondent, v. PRINCE LINE, Limited, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In Matter of Judicial Settlement of the Accounts of Stafford MOSHER, etc., under the will of Margaret Jones, deceased. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Decree affirmed with costs to respondent against the appellants Mary Bellinger and William Bellinger, personally. All concur, except Merrell, J., who dissents.

Vasilis NAFPLIOTIS, respondent, v. Nekles DRAKOS, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

NATIONAL NASSAU BANK v. James C. CLEARY. (Supreme Court Appellate Division, First Department. April 14, 1916.) Motion denied with $10 costs. Order filed.

NATIONAL NASSAU BANK of N. Y. v. James C. CLEARY. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion granted. Order filed.

In the matter of the petition of NEW YORK MUNICIPAL RAILWAY CORPORATION and New York Consolidated Railroad Company, respondents, relative to acquiring title, etc., Avenue T and Avenue U. Clara McLear et al., appellants. (Supreme Court, Appellate . Division, Second Department. May 12, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

NEW YORK STATE SEWER PIPE CO., applt., v. Herbert D. G. GREY, respt., and Thatcher Jones, deft. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the court erred in charging that if there was not a reasonable effort to secure the payment of the open account, made